# <u>Exhibit 1</u>

First Service Abstract, Inc.
6464 Lower York Road
Suite B
New Hope, PA 18938
(215) 634-9133

ALTA Combined Settlement Statement

| | | | | | |
|---|---|---|---|---|---|
| **File #:** | FSA-PA-[redacted] | **Property** | 225 North Evans Street<br>Pottstown, PA 19464 | **Settlement Date** | 11/22/2022 |
| **Prepared:** | 11/22/2022 | | | **Disbursement Date** | 11/22/2022 |
| **Closing Professional:** | Anne M. Moore | **Buyer** | Brian Seplow, Shebba Harris Seplow, and Barry Seplow<br>721 Sandy Street<br>306<br>Norristown, PA 19401 | | |
| | | **Seller** | EC Homes, LLC<br>90 Linwood Circle<br>Pottstown, PA 19465 | | |
| | | **Lender** | Better Mortgage Corporation<br>175 Greenwich Street<br>59th Floor<br>New York, NY 10007 | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Primary Charges & Credits** | | |
| | $150,000.00 | Sales Price of Property | $150,000.00 | |
| | | Deposit | | $3,000.00 |
| | | Loan Amount | | $142,500.00 |
| $2,500.00 | | Seller Credit | | $2,500.00 |
| | | Lender Credit | | $100.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | $90.09 | County/Twp Taxes 11/22/2022 to 01/01/2023 | $90.09 | |
| | $1,168.20 | School Taxes 11/22/2022 to 07/01/2023 | $1,168.20 | |
| | | | | |
| | | **Loan Charges** | | |
| | | 3.219% of Loan Amount (Points) | $4,587.00 | |
| | | Appraisal Fee ($550.00 POC by Borrower) | | |
| | | Credit Report Fee ($15.38 POC by Others) | $50.00 | |
| | | Flood Certification Fee | $5.00 | |
| | | Prepaid Interest ($23.25 per day from 11/22/2022 to 12/01/2022) | $209.30 | |
| | | | | |
| | | **Impounds** | | |
| | | Homeowner's insurance $65.42 per month for 3 mo. | $196.26 | |
| | | Property taxes $77.25 per month for 10 mo. | $772.50 | |
| | | School Taxes $177.50 per month for 6 mo. | $1,065.00 | |
| | | Aggregate adjustment | | $897.78 |
| | | | | |
| | | **Payoffs/Payments** | | |
| $43,747.18 | | Payoff to Victory Bank | | |
| | | Principal : $43,688.10 | | |
| | | Additional Interest : $59.08 | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees | $288.00 | |
| | | ---Deed: $90.75 | | |

| Seller Debit | Seller Credit | | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | | ---Mortgage: $178.75 | | |
| | | ---Power of Attorney: $18.50 | | |
| $750.00 | | Transfer Tax (City Deed Taxes) to Montgomery County Recording Office | $750.00 | |
| $750.00 | | Transfer Tax (State Deed Taxes) to Montgomery County Recording Office | $750.00 | |
| | | | | |
| | | **Commissions** | | |
| $937.50 | | Commission Referral Fee to Zillow | | |
| $3,750.00 | | Listing Agent Commission to Springer Realty Group | | |
| $2,812.50 | | Selling Agent Commission to Compass Pennsylvania, LLC | | |
| | | | | |
| | | **Title Charges** | | |
| | | Title - Courier Fee to ClosingPro | $25.00 | |
| | | Title - CPL (Lender) to Fidelity National Title Insurance Company | $125.00 | |
| | | Title - E Doc Fee to ClosingPro | $75.00 | |
| | | Title - Lender's TIRBOP - PA 100 Endorsement to Fidelity National Title Insurance Company | $100.00 | |
| | | Title - Lender's TIRBOP - PA 300 Endorsement to Fidelity National Title Insurance Company | $100.00 | |
| | | Title - Lender's TIRBOP - PA 900 Endorsement to Fidelity National Title Insurance Company | $100.00 | |
| | | Title - Lender's Title Policy to Fidelity National Title Insurance Company | $1,270.10 | |
| | | Title - Notary Fee to ClosingPro | $50.00 | |
| | | Title - Wire Transfer Fee to First Service Abstract, Inc. | $10.00 | |
| | | Title - Owner's Title Policy to Fidelity National Title Insurance Company | $170.90 | |
| | | | | |
| | | **Miscellaneous Charges** | | |
| $927.00 | | 2022 County Borough & MCCC to Pottstown Borough | | |
| $2,130.10 | | 2022 School Taxes to Pottstown Borough | | |
| $250.00 | | Conveyancing Fee to ClosingPro | | |
| | | Conveyancing Fee to Compass Pennsylvania, LLC | $495.00 | |
| $2.00 | | Corp Lien Cert to Pennsylvania Department of Revenue-Corporate Lien Certificate Request | | |
| $125.00 | | Document Preparation to ClosingPro | | |
| $309.97 | | Final water/sewer to Borough of Pottstown | | |
| $30.00 | | Notary Fee to ClosingPro | | |
| $208.00 | | Reimburse for Certification to First Service Abstract, Inc. | | |
| $35.00 | | Release Tracking/Search to ReQuire | | |
| $20.00 | | Wire Fee(s) to First Service Abstract, Inc. | | |
| | | Homeowner's Insurance Premium to Homesite | $785.00 | |

| Seller Debit | Seller Credit | | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| **$59,284.25** | **$151,258.29** | **Subtotals** | **$163,237.35** | **$148,997.78** |
| | | Due from Buyer | | $14,239.57 |
| $91,974.04 | | Due to Seller | | |
| **$151,258.29** | **$151,258.29** | **Totals** | **$163,237.35** | **$163,237.35** |

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.
We/I authorize First Service Abstract, Inc. to cause the funds to be disbursed in accordance with this statement.

Brian Seplow 11/22/22
Brian Seplow — Date

Shebba Harris-Seplow 11/22/22
Shebba Harris Seplow — Date

Barry Seplow by Brian Seplow agent 11/22/22
Barry Seplow — Date

EC Homes, LLC, a Pennsylvania Limited Liability Company

By: Christopher Cohen Jr 11/22/22
Christopher Cohen, Jr, member — Date

Shebba 11/22/22
Settlement Agent — Date